IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JOHN ROBERT DEMOS, JR.,

    Plaintiff,

v.                                      Civil Action No. **3:11CV544**

THE NATIONAL LEGAL FOUNDATION,

    Defendant.

### MEMORANDUM OPINION

    John Robert Demos, Jr., a Washington state inmate, submitted this civil action and applied to proceed *in forma pauperis*. Demos also submitted a Motion to Appoint Counsel. (Docket No. 2). On September 14, 2011, by Memorandum Order, this Court denied Demos's request to proceed *in forma pauperis* and ordered him to pay the full filing fee within eleven (11) days of the entry thereof. (Docket No. 4.) Demos failed to comply with the September 14, 2011 Memorandum Order. Accordingly, Demos's Motion to Appoint Counsel (Docket No. 2) will be DENIED and this action will be DISMISSED WITHOUT PREJUDICE.

    The Clerk of the Court is DIRECTED to send a copy of this Memorandum Opinion to Demos.

    An appropriate order shall accompany this Memorandum Opinion.

                                                  /s/ *REP*
                                       Robert E. Payne
                                       Senior United States District Judge

Date: *November 16, 2011*
Richmond, Virginia