

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**JOHN ROBERT DEMOS, JR.,**

    Plaintiff,

v.                       Civil Action No. **3:11CV544**

**THE NATIONAL LEGAL FOUNDATION,**

    Defendant.

### MEMORANDUM OPINION

John Robert Demos, Jr., a Washington state inmate, submitted this civil action and applied to proceed in forma pauperis. Demos also submitted a Motion to Appoint Counsel. (Docket No. 2). On September 14 , 2011, by Memorandum Order, this Court denied Demos's request to proceed in forma pauperis and ordered him to pay the full filing fee within eleven (11) days of the entry thereof. (Docket No. 4.) Demos failed to comply with the September 14, 2011 Memorandum Order. Accordingly, Demos's Motion to Appoint Counsel (Docket No. 2) will be DENIED and this action will be DISMISSED WITHOUT PREJUDICE.

The Clerk of the Court is DIRECTED to send a copy of this Memorandum Opinion to Demos.

An appropriate order shall accompany this Memorandum Opinion.

/s/ _REP_

Robert E. Payne
Senior United States District Judge

Date: _November 16, 2011_
Richmond, Virginia